UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KHALID STEWART, individually and on behalf of
persons similarly situated,

                         Plaintiffs,

    -against-

PRINCE TELECOM, INC., et al.,

                         Defendants.
------------------------------------------------------------------ x

**SUMMARY ORDER**

10 Civ. 4881 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On August 3, 2011, the parties appeared before me on their joint motion to approve a settlement. For the reasons stated on the record, the settlement is approved. Plaintiffs' counsel shall make an appropriate motion for an award of fees.

    The Clerk shall terminate the motion (Doc. No. 69).

SO ORDERED.

Dated:    August 11, 2011
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge